# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| COURTNEY GENE CLODFELTER and | ) | Case No. 13-11133 |
| KYLEIGH CIARA CLODFELTER, | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |

## DEBTORS' MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN AND REQUEST FOR ADDITIONAL ATTORNEY'S FEES

COME NOW, the Debtors, by and through Rick Hodge, Attorney At Law, L.C., their attorney of record, and file this Motion to Modify Confirmed Chapter 13 Plan and Request for Attorney's Fees. In support of their Motion, the Debtors would show the Court as follows:

1) Debtors' Chapter 13 case was filed on May 9, 2013, and their Chapter 13 Plan was confirmed on July 10, 2013.

2) Mr. Clodfelter has become unemployed and wishes to abate plan payments for 90 days.

3) Through July 25, 2017, the Debtors have paid $13,466.88 into the plan.

4) Debtors pray the Court grant abatement of plan payments for July, August, and September of 2017. Beginning in October of 2017 the Debtors will remit $250.00 per month for the remainder of the term of the originally confirmed plan.

5) Debtors' counsel requests additional fees in the amount of $450.00 to be paid through the Chapter 13 plan for the preparation, filing, and execution of this Motion.

WHEREFORE, the Debtors pray this Court enter an Order Modifying Confirmed Chapter 13 Plan to abate payments for the afore-stated months, for additional attorney fees in the sum of $450.00 and for such other relief as is deemed just and proper.

Respectfully Submitted:
RICK HODGE, ATTORNEY AT LAW, L.C.
Attorney for Debtors

   s/ *Rick E. Hodge, Jr.*
Rick E. Hodge, Jr., #23740
700 N. Market
Wichita, KS 67214
T: (316) 448-1028
F: (316) 448-0303
rick@rickhodge.com

*s/Courtney Gene Clodfelter*
Courtney Gene Clodfelter, Debtor

*s/Kyleigh Ciara Clodfelter*
Kyleigh Ciara Clodfelter, Debtor